Commonwealth *v.* Kelly, Appellant.

Argued September 19, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before SATTERTHWAITE, J.

*Leonard J. D. Myers,* for appellant.

*Edward G. Biester, Jr.,* Assistant District Attorney, with him *Paul R. Beckert,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1961:

The judgment of the Court of Quarter Sessions of Bucks County is affirmed on the opinion of Judge EDWIN H. SATTERTHWAITE for the court below, reported at 26 Pa. D. & C. 2d 225.